UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCO PALACIO,

          Plaintiff,

-vs-                                  Case No. 6:13-cv-686-Orl-19TBS

SHERIFF OF ORANGE COUNTY,
FLORIDA,

          Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and to Dismiss with Prejudice (Doc. No. 25) filed November 18, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 5, 2013 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and to Dismiss with Prejudice (Doc. No. 25) is **GRANTED** to the extent this case is dismissed with prejudice.

3. The Clerk of the Court is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __27__ day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record